1523

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 11-29 |
| v. | ) | |
| | ) | (18 U.S.C. §§ 111(a)(1) and (b) |
| EMERSON BEGOLLY | ) | and 924(c)(1)(A)(i)) |

**INDICTMENT**

**COUNT ONE**

The grand jury charges:

On or about January 4, 2011, in the Western District of Pennsylvania, the defendant, EMERSON BEGOLLY, intentionally and unlawfully, did forcibly assault, resist, and inflict bodily injury upon a person designated in section 1114 of Title 18, United States Code, that is, an officer or an employee of the United States or of any agency in any branch of the United States Government, to wit, Special Agent Edward Daerr of the Federal Bureau of Investigation, while that person was engaged in or on account of the performance of official duties.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

FILED
2011 FEB -1 PM 4:23
U.S. DISTRICT COURT

**COUNT TWO**

The grand jury further charges:

On or about January 4, 2011, in the Western District of Pennsylvania, the defendant, EMERSON BEGOLLY, intentionally and unlawfully, did forcibly assault, resist, and inflict bodily injury upon a person designated in section 1114 of Title 18, United States Code, that is, an officer or an employee of the United States or of any agency in any branch of the United States Government, to wit, Special Agent Bradley Orsini of the Federal Bureau of Investigation, while that person was engaged in or on account of the performance of official duties.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

**COUNT THREE**

The grand jury further charges:

On or about January 4, 2011, in the Western District of Pennsylvania, the defendant, EMERSON BEGOLLY, knowingly did use and carry a firearm, that is, a Makarov 9mm semi-automatic handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is the assault of an officer or employee of the United States who was engaged in the performance of official duties, contrary to the provisions of Title 18, United States Code, Sections 111(a)(1) and (b) as charged at Counts One and Two of this Indictment, and did knowingly and unlawfully possess said firearm in furtherance of said crimes of violence.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A True Bill,

Foreperson

DAVID J. HICKTON
United States Attorney
PA ID No. 34524