IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.   11-29 |
| | ) | 11-172 |
| EMERSON WINFIELD BEGOLLY | ) | |

## ORDER OF COURT

AND NOW, this _____ day of July, 2013, upon consideration of the foregoing Motion for Leave to File Document Under Seal, it is hereby ORDERED, ADJUGED AND DECREED that said motion be and the same hereby is GRANTED for the government to file a redacted Sentencing Memorandum.

IT IS FURTHER ORDERED that said unredacted Sentencing Memorandum be placed under seal.

_____
MAURICE B. COHILL, JR.
Senior United States District Judge