PROB 12B
(PAWP 4/16)

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| Offender: | Emerson Winfield Begolly | Docket No.:2:11CR00172 and 2:11CR00029 |
| Sentencing Judge: | Maurice B. Cohill, Jr., Senior United States District Judge | |
| Current Judge: | David Stewart Cercone, United States District Judge | |
| Date of Original Sentence: | July 16, 2013 | |
| Original Offense: | Using and Carrying a Firearm During and in Relation to a Crime(2:11CR00029) and Solicitation of a Crime of Violence(2:11CR00172) | |
| Original Sentence: | 102 months of imprisonment(42 months at 2:11CR00172 and 60 months at 2:11CR00029 to be served consecutively); 3 years of supervised release at 2:11CR00172 and five years at 2:11CR00029, to be served concurrently for a total term of supervised release of 5 years. | |
| Special conditions: | Special Assessment, Computer Search, Computer/Internet Restrictions, Search/Seizure, Mental Health Treatment | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: June 1, 2018 |
| Prior Court History: | None | |

### PETITIONING THE COURT

Your petitioner is requesting the following:

☒ To modify the conditions of supervision as follows:

- **All online communications/activities must be conducted in English for the purpose of enforcing the computer monitoring restrictions.**

- **The defendant shall not host a website as an administrator/moderator at any time while under supervision.**

### CAUSE

Based on the history, characteristics, and nature of the offense these conditions would enhance our ability to effectively supervise the offender in the community.

Offender: Emerson Winfield Begolly
Docket No.:2:11CR00172
Page 2

                I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _____
David J. Danko
2018.06.12 11:02:33 -04'00'

David J. Danko
U.S. Probation Officer

Approved By: **Wendy M. Brown**
Digitally signed by Wendy M. Brown
Date: 2018.06.12 10:28:58 -04'00'

Wendy Brown
Supervisory U.S. Probation Officer
Date: 6/12/2018

### THE COURT ORDERS:

☐ No Action
☐ The extension of supervision as noted above.
☒ The Modification of conditions as noted above
☐ Other

_____
David Stewart Cercone, United States District Judge
6-22-18
Date